UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ALONZO MCINTOSH<br><br>                    Defendant. | 23-CR-457-2 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The Court has scheduled a change of plea as to Defendant Alonzo McIntosh for Thursday, June 13, 2024, at 12:00 p.m. in Courtroom 11B at 500 Pearl Street, New York, New York, 10007.

The parties shall submit a letter to the Court by June 12, 2024. The letter shall provide more detail relating to Mr. Bernstein's limited work representing a co-defendant on Mr. McIntosh's prior federal case.

Dated: June 10, 2024
         New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge