

101 Park Avenue, 17th Floor
New York, NY  10178
212.878.7900   212.692.0940
WWW.FOXROTHSCHILD.COM

ANDREW M. J. BERNSTEIN
Direct No: 212.450.9843
Email: abernstein@foxrothschild.com

October 4, 2024

**BY ECF**

Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: **USA v. Alonzo McIntosh**
         23 Cr. 457 (JGLC)

Dear Judge Clarke:

As the Court is aware, I am the CJA-appointed attorney for the defendant Alonzo McIntosh in the above-captioned matter. I write to provide the Court with an additional letter in support of the defense's sentencing submission, in advance of the sentencing hearing scheduled for October 8, 2024.

Enclosed please find, Exhibit D, to the defense's sentencing submission, letter from Massiel Cabrera.

If the Court has any questions, please feel free to reach out to my office.

Thank you.

Respectfully Submitted,

Andrew M. J. Bernstein, Esq.
*Partner*
FOX ROTHSCHILD LLP

*Counsel for Defendant*
*Alonzo McIntosh*

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington